UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HUBERT CHIN,

        Petitioner,

        v.

ROY HENDRICKS, et al.,

        Respondents.

Civil Action No. 11-4863 (ES)

**MEMORANDUM OPINION**

**APPEARANCES:**

Petitioner <u>pro se</u>
Hubert Chin
Essex County Correctional Facility
354 Doremus Avenue
Newark, NJ  07105

**SALAS**, District Judge

    Petitioner Hubert Chin, an alien confined at Essex County Correctional Facility in Newark, New Jersey, has filed a Petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, challenging his prolonged detention during the pendency of his appeals of a final order of removal.

    The filing fee for a petition for writ of habeas corpus is $5.00.  Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing.  Pursuant to Local Civil Rule 81.2(b), whenever a prisoner submits a petition for writ of habeas and seeks to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, that petitioner must submit (a) an affidavit setting forth information which establishes that the

petitioner is unable to pay the fees and costs of the proceedings, and (b) a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's institutional account and, (2) the greatest amount on deposit in the prisoner's institutional account during the six-month period prior to the date of the certification. If the institutional account of the petitioner exceeds $200, the petitioner shall not be considered eligible to proceed in forma pauperis. Local Civil Rule 81.2(c).

Petitioner did not prepay the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor did Petitioner submit an application for leave to proceed in forma pauperis.

## CONCLUSION

For the reasons set forth above, the Clerk of the Court will be ordered to administratively terminate the Petition without prejudice. Petitioner will be granted leave to move to re-open within 30 days, by either prepaying the filing fee or submitting a complete application for leave to proceed in forma pauperis.

An appropriate Order will be entered.

_____
Esther Salas
United States District Judge

Dated: September 7, 2011